LYSTRA M. RICHARDSON *v.* HENRI R. LEGRAND

*Henri R. Legrand*, pro se, in support of the petition.

Decided June 17, 2003

LUBA N. HILL *v.* JAMES T. HILL

*Luba N. Hill*, pro se, in support of the petition.

*A. Reynolds Gordon*, in opposition.

Decided June 17, 2003

LESLIE A. HARLAN ET AL. *v.* NORWALK
ANESTHESIOLOGY, P.C., ET AL.

*James R. Fogarty*, in support of the petition.

*Robert J. Cooney, Kara A. T. Murphy* and *Frank W. Murphy*, in opposition.

Decided June 17, 2003

MARGARET ERRICHETTI *v.* CHRISTOPHER
ERRICHETTI